AMERICAN LEAD PENCIL COMPANY, appellant,

*v.*

THE N. J. TITLE GUARANTEE AND TRUST COMPANY et al.,
respondents.

[Decided April 23d, 1942.]

*Mr. David Friedenberg,* for the appellants.

*Mr. Thomas F. Meaney,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *130 N. J. Eq. 148.*

*For affirmance*—PARKER, BODINE,. HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.